**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

*In re:*

NANCY A. BALDASSARRE,

*Debtor.*

CASE No. 13-10709-FJB
(Chapter 7)

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Local Rule 9010-3 and Bankruptcy Rule 9010(b), the undersigned appears on behalf of **Whispering Meadows Cooperative, Inc.**, a party in interest in this case, and requests that all notices given or required to be given in this case be served upon the undersigned at the office address, telephone/fax numbers and email address set forth below.

This request covers not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders, reports, pleadings, motions, applications or petitions, requests, disclosure statements, answer and reply papers, and notices of all hearings and other proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, fax, email or otherwise, relating to any issue that may be raised in the above-captioned matter.

WHISPERING MEADOWS COOPERATIVE, INC.
By its attorney,

Date:    February 21, 2013

Donald M. Solomon (BBO #472680)
2001 Beacon Street, Suite 214
Boston, MA 02135-7787
Tel. 617.739.3700 / Fax 617.739.3699
Email: dsolomon@lawyer.com

Q:\CLIENTS\A&K\TRAILERS\WMC\Ongoing\Individual Tenant Matters\2012-13\Lot 11 - Baldassare\Bankruptcy\Appearance.wpd